UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-19842
Crystal Lynette Allison  )
)  Chapter: 13
)
)  Honorable Deborah L. Thorne
)
)
Debtor(s)  )

## ORDER GRANTING DEBTOR FINAL EXTENSION TO FILE CASE OPENING DOCUMENTS AND ORDER SCHEDULING HEARING ON CONTINUED MOTIONS

The hearing scheduled for August 25, 2016 at 1:30 is continued at the request of the Debtor as the result of the illness of her mother and a travel delay caused by bad weather. The court grants the Debtor's request and orders the following:

1. Debtor shall have until September 1, 2016 to file her chapter 13 schedules, statement of affairs, payment advices, statement of current monthly income and disposable income calculation, and chapter 13 plan.

2. Debtor is required to file a sworn affidavit attesting to the reason(s) for the delay in her proceedings scheduled for August 25, 2016 no later than September 1, 2016.

3. The following matters will be scheduled for Monday September 12, 2016 at 2:00 p.m., in courtroom 613, 219 South Dearborn Street, Chicago, Illinois 60604: Trustee's Motion to Dismiss Debtor for Unreasonable Delay, Debtor's Chapter 13 Confirmation and Trustee's Motion to Alter or Amend Judgment.

Enter:

Dated: 8/25/2016

United States Bankruptcy Judge

Rev: 20151029_bko